Bob Owens v. The State.

No. 4431.    Decided April 18, 1917.

Carrying Pistol—Jurisdiction—Recognizance.

Where appellant filed an appeal bond instead of entering into a recognizance, the appeal must be dismissed on motion of the State. Following Whitcomb v. State, 190 S. W. Rep., 484.

Appeal from the County Court of Erath. Tried below before the Hon. W. E. Bower.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of one hundred dollars.

The opinion states the case.

*B. E. Cook,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, Judge.—Appellant was convicted of unlawfully carrying a pistol and assessed the lowest punishment.

In attempting to appeal he gave an appeal bond instead of entering into a recognizance. Upon the motion of the Assistant Attorney General the appeal is dismissed because this court has not acquired jurisdiction. (Whitcomb v. State, 190 S. W. Rep., 484.)

The appeal is dismissed.

*Dismissed.*